**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PARTNERSHIP FOR CIVIL JUSTICE FUND<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>Defendants | ) | Civil Action No: 16-1581 (JEB) |

# JOINT STATUS REPORT PURSUANT TO THE COURT'S APRIL 28, 2017 MINUTE ORDER

Pursuant to this Court's Minute Order of April 28, 2017, the parties report to the Court the status of the matter as follows:

With respect to defendant Department of the Interior ("DOI"), plaintiff's counsel is still reviewing the production from the DOI and will confer with defendants' counsel as to any issues that may be identified in connection with this production.

With respect to defendant General Service's Administration ("GSA"), GSA agreed to undertake a further search for responsive records using search terms and a timeframe agreed upon between the parties, completed that search and provided additional documents to plaintiff which were received today, June 2. Plaintiff is currently reviewing the documents just produced and the parties are in discussions to resolve initial questions plaintiff has with respect to that production and the repositories searched.

The parties suggest that they file a further joint status report on June 29, 2017, addressing the status of defendants' productions and searches, creation of *Vaughn* indexes and including a proposed briefing schedule if appropriate at that time, or a proposed schedule for further proceedings.

Dated: June 2, 2017

Respectfully submitted,

/s/ Mara Verheyden-Hilliard
Carl Messineo (#450033)
Mara Verheyden-Hilliard (#450031)
PARTNERSHIP FOR CIVIL JUSTICE FUND
617 Florida Ave., NW
Washington, D.C. 20001
(202) 232-1180
cm@justiceonline.org
mvh@justiceonline.org
*Counsel for Plaintiff*

CHANNING D. PHILLIPS,
D.C. BAR # 415793
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN,
D.C. BAR # 924092
Chief, Civil Division

/s/ Marina Utgoff Braswell
MARINA UTGOFF BRASWELL,
D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 252-2561
Marina.Braswell@doj.gov
*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PARTNERSHIP FOR CIVIL JUSTICE FUND | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No: 16-1581 (JEB) |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | ) | |
| Defendants | ) | |

**[PROPOSED] ORDER**

Upon consideration of the Joint Status Report Pursuant to the Court's April 28, 2017, Minute Order, it is hereby ORDERED that the parties will provide a report to the Court by June 29, 2017, of the status of defendants' productions and searches, creation of *Vaughn* indexes, if any, and a including a proposed briefing schedule if appropriate at that time or a proposed schedule for further proceedings.

SO ORDERED.

Date:

JAMES E. BOASBERG
United States District Judge