**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| PARTNERSHIP FOR CIVIL JUSTICE FUND | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No: 16-1581 (JEB) |
| | ) | |
| UNITED STATES DEPARTMENT OF THE | ) | |
| INTERIOR, et al., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

**JOINT STATUS REPORT PURSUANT TO THE COURT'S**
**May 2, 2018 MINUTE ORDER**

Pursuant to this Court's Minute Order of May 2, 2018, the parties report to the Court the status of the matter as follows:

With respect to defendant General Service's Administration ("GSA"), as explained in prior joint status reports, GSA reached out to a former contractor, Danielle Breaux, who plaintiff alleged used her non-government email account to conduct GSA-related business without cc'ing her GSA email account.  GSA asked Ms. Breaux to search for records responsive to plaintiff's Freedom of Information Act request.  Ms. Breaux responded by sending a CD of responsive documents to defense counsel, who forwarded it on to GSA.  GSA then processed the information, and produced documents obtained from Ms. Breaux to plaintiff's counsel on June 15, 2018.  Plaintiff is reviewing the materials in order to confer with the GSA regarding further proceedings.  Due to the volume of documents received on June 15, plaintiff will require additional time within which to conduct that review.

The parties propose that they submit a status report on July 31, 2018, and advise the

Court at that time of their recommendations for further proceedings in this matter.

Dated:      June 21, 2018                    Respectfully submitted,

                                              /s/ Mara Verheyden-Hilliard
                                             Carl Messineo (#450033)
                                             Mara Verheyden-Hilliard (#450031)
                                             PARTNERSHIP FOR CIVIL JUSTICE FUND
                                             617 Florida Ave., NW
                                             Washington, D.C. 20001
                                             (202) 232-1180
                                             cm@justiceonline.org
                                             mvh@justiceonline.org
                                             *Counsel for Plaintiff*

                                             JESSIE K. LIU,
                                             D.C. Bar # 472845
                                             United States Attorney
                                               for the District of Columbia

                                             DANIEL F. VAN HORN,
                                             D.C. BAR # 924092
                                             Chief, Civil Division

                                              /s/ Marina Utgoff Braswell
                                             MARINA UTGOFF BRASWELL,
                                             D.C. BAR #416587
                                             Assistant United States Attorney
                                             U.S. Attorney's Office
                                             555 4th Street, N.W. - Civil Division
                                             Washington, D.C. 20530
                                             (202) 252-2561
                                             Marina.Braswell@doj.gov
                                             *Counsel for Defendants*