UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARTNERSHIP FOR CIVIL JUSTICE FUND,<br><br>       *Plaintiff,*<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>       *Defendants.* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 16-1581 (JEB)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

                        Respectfully submitted,

                        */s/ Mara Verheyden-Hilliard (By Permission)*
                        Carl Messineo (#450033)
                        Mara Verheyden-Hilliard (#450031)
                        PARTNERSHIP FOR CIVIL JUSTICE FUND
                        617 Florida Ave., N.W. Washington, D.C. 20001
                        (202) 232-1180
                        cm@justiceonline.org mvh@justiceonline.org

                        *Counsel for Plaintiff*

                             AND

                        MATTHEW M. GRAVES, D.C. BAR#481052
                        United States Attorney

                        BRIAN P. HUDAK
                        Chief, Civil Division

By: /s/ *Jeremy S. Simon*
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

*Counsel for Defendants*

- 2 -